To: Judge Alan Cochran(?)
From: Dennis Johnson

6:24-cv-126

This letter is in reference to the evidence tampering, false arrest, drug planting and evidence planting....

Also about the lawyers refusing to work for their clients..... My name is Dennis K Johnson....

I'm presently incarcerated in the Milam County Jail... Picked up on a parole violation, searched several times in Rockdale. All of my property was taken from me by Officer Fory, and never returned. I was booked into the Milam County Jail on Dec. 1. At 7:00 P.M., held in the holding tank until Sunday Dec 3 on Fri. to be re-booked in for bringing drugs into the jail... Drugs that I never had nor seen.

Officer Ford searched my wallet several times..... And never returned it.

He gave the wallet to another officer..... In which laid it on the desk and left and went home.

Two days later, 0.3 grams in three baggies showed up in the same wallet that Officer Ford and his partner searched several times in Rockdale.

As mentioned in his statement from Officer Jones.... Officer Jones called Officer Ford and told him that it was 3 baggies with drugs in it!!

He then came and picked it up in Cameron and took it to Rockdale

And brought the baggies back... the total Mrs Jones what I didn't have anything on me.

So for how ever long my property laid on the desk, and some how these baggies popped up in my property.

But don't any one know where they came from.

He charged me with meth on Sunday... and a week later charged me again for xanex pills.

But don't know one knows where they came from.

They I been here since Dec.

And I haven't seen a lawyer, nor have I been arraigned.

nor talked to anyone. Last year I stayed here in jail for 18 months and only to Go to court and the D.A. Said that I hadn't committed any crime.

That far to long to sit in jail for something I have not done!!

Can yall please look into this and please help!!

I would like to File A law suite Against this county. Enough is Enough.

Please Help!!

Thank You.

I Jazmine Jones am an employee of the Milam County Sheriff's Office. On 12/01/2023, Dennis Keith Johnson B/M DOB 08/13/1966 was arrested by Rockdale Police Department and transported to the Milam County Jail. While I was booking in Dennis Johnson, I retrieved his wallet from the evidence bag provided by Rockdale Police Department. While inventorying the wallet I came across 2 twenty-dollar bills, 1 yellow rectangle pill and 3 small clear plastic bags in which one contained a white crystal-like substance. I called Rockdale Police Department and asked to speak with Sergeant Dillian Ford due to the Mike Clore Intake Form stating that Sergeant Ford was the arresting officer. While speaking to Sergeant Ford via county phone I stated my findings and he immediately asked, "Where did you find that, I searched him and checked his stuff multiple times and did not find anything." I told him that I was in the process of booking in Dennis Johnson and when I went to enter his valuable property into the system, I found the items listed above in his wallet. Sergeant Ford stated on the phone that Dennis Johnson was patted down multiple times and was asked if he had anything else on him by Sergeant Ford and another Rockdale Peace Officer. I asked Sergeant Ford what he wanted to do, and he asked for me to secure my findings and he would come to the Milam County Jail to collect it. I then secured the yellow rectangle pill and 3 clear plastic bags in an evidence bag and placed it in dispatch.

*J. Jones*
Sergeant Jazmine Jones



DENNIS K JOHNSON
Milam County Jail
510 No Jefferson
Cameron, Texas
76520

OUTGOING INMATE MAIL
MILAM COUNTY SHERIFF'S DEPT.

AUSTIN TX 786
RIO GRANDE DISTRICT
6 MAR 2024 PM 3 L

RECEIVED
MAR 0 8 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
  DEPUTY CLERK

Legal Mail

Clerk, U.S. District Court
Western District of Texas
United States Courthouse
800 Franklin Ave, Room 380
Waco, Texas 76701




Legal Mail

OUTGOING INMATE MAIL
MILAM COUNTY SHERIFF'S DEPT.